## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Rebecca A. Wingard                                        CHAPTER 13

Debtor(s)

BKY. NO. 18-11100 TPA

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of Community Loan Servicing LLC, and index same on the master mailing list.

Respectfully submitted,

/s/ Maria D. Miksich
Maria Miksich
15 Sep 2021, 11:18:08, EDT

Brian C. Nicholas, Esq. (317240) ☐
Maria D. Miksich, Esq. (319383) ☑
Rebecca A. Solarz, Esq. (315936) ☐
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com