**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>Rebecca A. Wingard<br>　　　　　　　　　Debtor<br><br>Community Loan Servicing, LLC<br>　　　　　　　　　Movant | NO. 18-11100-TPA<br><br>CHAPTER 13<br><br>Claim No. 8<br><br>Related to Document No. 55 |

**EXHIBIT "A" - DECLARATION OF MARIA D. MIKSICH, ESQUIRE**

AND NOW, comes the undersigned, Maria D. Miksich, Esquire, and sets forth the following Declaration:

1. I am Maria D. Miksich, and I am an attorney with KML Law Group, P.C., representing the Movant, Community Loan Servicing, LLC, in the above captioned Chapter 13 case.

2. On September 16, 2021, I filed a Notice of Postpetition Mortgage Fees, Expenses, and Charges on behalf of the Movant asserting the right to recover postpetition fees in the total amount of $531.05 for tax advancements in this case, as follows:

| Description | Date incurred | Amount |
|---|---|---|
| School Taxes | August 31, 2021 | $306.82 |
| Township Taxes | August 19, 2021 | $15.00 |
| Township Taxes | August 31, 2021 | $19.00 |
| Township Taxes | August 31, 2021 | $190.23 |

3. Movant has not previously filed a request for postpetition fees, expenses or charges in this case.

4. The statements contained herein are true and correct to the best of my information and belief based upon my first-hand knowledge or my review of the business records maintained in the normal course of business of KML Law Group, P.C.

Date: 10/1/2021

                                                ***/s/ Maria D. Miksich, Esquire***
Maria D. Miksich, Esquire
PA ID No. 319383
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
412-430-3589
mmiksich@kmllawgroup.com
Counsel for Movant