## MSP® Explorer: Customer Service Workstation (SER1/HTAX)
### 628 - COMMUNITY LOAN SERVICING, LLC

**Loan Number:** ▇▇▇▇▇▇▇                                   **Borrower Name:** WINGARD,REBECCA A

```
 SER1  ▇▇▇▇▇▇▇     ▇▇▇▇▇▇▇▇     CUSTOMER SERVICE  INV D36/001  09/01/21  14:13:03
 REBECCA A WINGARD                XXX-XX▇▇  0D  TYPE CONV. RES.             MAN B
 JAMES WINGARD JR                 XXX-XX▇▇      IR  9.34680  BR 4A    ▇▇▇▇▇▇▇▇▇▇
 605 YANKEE RIDGE RD     MERCER PA 16137                            0 000-000-0000
 _   PFCDOM   < PRE-REFERRAL FCL DOCUMENT MISSING                  >: 06/01/21
 ----~HTAX---------------------* LOAN HISTORY *-------------------------------
   PROC-DT  DUE-DT  TRAN  TRAN-DESCRIPTION                  TRAN-EFFECTIVE-DATE
     TRAN-AMT   PRINCIPAL     INTEREST    ESCROW    AMOUNT/CD/DESCRIPTION
   08-31-21  04-21   317  MISC. TAX BILL
       190.23-       0.00        0.00    190.23-       PAYEE =  ▇▇▇▇▇▇▇▇▇
                                         531.07-
   08-31-21  04-21   317  MISC. TAX BILL
        19.02-       0.00        0.00     19.02-       PAYEE =  ▇▇▇▇▇▇▇▇▇
                                         340.84-
   08-31-21  09-21   314  MISC. TAX BILL
       306.82-       0.00        0.00    306.82-       PAYEE =  ▇▇▇▇▇▇▇▇▇
                                         321.82-
   08-19-21  04-21   317  MISC. TAX BILL
        15.00-       0.00        0.00     15.00-       PAYEE =  ▇▇▇▇▇▇▇▇▇
                                          15.00-
 ---* PF2 FOR ADDL MESSAGES *-------------------------------------------------
 -=SPOC=-                                ACTIVE CH 13 BANKRUPTCY
      ANATAX:   ANALYSIS - MISC TAX ITEMS
 PROC STOP = B  BANKRUPTCY              DISB STOP = K BANKRUPTCY 13
```

## MSP® Explorer: Tax and Lien Information (TAX1)

### 628 - COMMUNITY LOAN SERVICING, LLC

**Loan Number:** ▮  **Borrower Name:** WINGARD,REBECCA A

```
TAX1   ▮                    TAX AND LIEN INFORMATION        09/01/21  14:13:50
NAME  RA WINGARD              DIV CONTRACT NUMBER BRANCH
TYPE  CONV. RES.                  50288006                 DATE 07-27-18
STATE  37  COUNTY    085 CITY 0000
TAX CO  R   SERV TYPE  C    NORM

TYP SEQ ESC ANA DESC      PAYEE       TRM  DUE    DISB AMOUNT   BILL NEW UNEVEN
314 01      SCHOOL TAX    ▮           12   09-22       306.82    2
TAX ID#                   ▮

317 01      TOWN TAX      ▮           12   04-22       190.23    2
TAX ID#                   ▮




PAGE 01 OF 01
```

## MSP® Explorer: Tax Maintenance and Inquiry (TAX2/MAIN)

### 628 - COMMUNITY LOAN SERVICING, LLC

**Loan Number:** ▮  **Borrower Name:** WINGARD,REBECCA A

```
TAX2   ▮              ▮         TAX AND LIEN INFORMATION      09/01/21  14:14:22
314 01       NAME RA WINGARD    TYPE CONV. RES.           ST 37 COU 085 CITY 0000
TAX NAME REBECCA A WINGARD         PENDING                        YR     MAN B
PROP 605 YANKEE RIDGE RD        MERCER PA 16137                   GROUP
-----MAIN--------------* PF1 FOR ADDITIONAL TAXES * -------------------------
           TYP SEQ    PAYEE        TRM    DUE DISB AMOUNT  BILL NEW UNEV SEP VP OVR
ACTION     314 01       ▮           12   09-22     306.82   2            N     Y
TAX COMPANY  R    MORTGAGEE ID
TAX ID                         15005310
----------------------* PF2 FOR ADDITIONAL MESSAGES *-----------------------
MONTHLY TAX DEPOSIT MISSING
-=SPOC=-
     ANATAX:   ANALYSIS - MISC TAX ITEMS
--------------------------------------------------------- PF24: TO TAXC --------
------ TAX PAYEE ------         -------- DISBURSEMENT AND REFUND HISTORY --------
W. MIDDLESEX S.D./LACKAW        TYP  PAYEE       DUE    PAID    CHECK #    AMOUNT
T-C OF WEST MIDDLESEX AR        314    ▮       09-21  08-31-21    ▮        306.82-
665 GREENFIELD ROAD
MERCER              PA
16137
```

## MSP® Explorer: Tax Maintenance and Inquiry (TAX2/MAIN)

### 628 - COMMUNITY LOAN SERVICING, LLC

**Loan Number:** ▮▮▮▮▮▮                                   **Borrower Name:**   WINGARD,REBECCA A

```
   TAX2 ▮▮▮▮▮▮    _____       TAX AND LIEN INFORMATION      09/01/21  14:15:17
   317 01        NAME RA WINGARD      TYPE CONV. RES.        ST 37 COU 085 CITY 0000
   TAX NAME REBECCA A WINGARD            PENDING                       YR     MAN B
   PROP 605 YANKEE RIDGE RD          MERCER PA 16137                   GROUP
   -----MAIN--------------* PF1 FOR ADDITIONAL TAXES * ---------------------------
             TYP SEQ    PAYEE        TRM    DUE DISB AMOUNT BILL NEW UNEV SEP VP OVR
   ACTION    317 01    ▮▮▮▮▮▮▮       12     04-22      190.23   2           N   Y
   TAX COMPANY   R     MORTGAGEE ID
   TAX ID                             15005310
   ----------------------* PF2 FOR ADDITIONAL MESSAGES *------------------------
   MONTHLY TAX DEPOSIT MISSING
   -=SPOC=-
       ANATAX:  ANALYSIS - MISC TAX ITEMS
   -------------------------------------------------------- PF24: TO TAXC --------
   ------ TAX PAYEE ------       -------- DISBURSEMENT AND REFUND HISTORY --------
   LACKAWANNOCK TOWNSHIP         TYP  PAYEE       DUE    PAID     CHECK #    AMOUNT
   T-C OF LACKAWANNOCK TWP       317  ▮▮▮▮▮▮     04-21  08-31-21  ▮▮▮▮▮▮     190.23-
   665 GREENFIELD ROAD           317  ▮▮▮▮▮▮     04-21  08-31-21  ▮▮▮▮▮▮      19.02-
   MERCER              PA        317  ▮▮▮▮▮▮     04-21  08-19-21  ▮▮▮▮▮▮      15.00-
   16137
```



**After printing this label**:
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning**: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

| Real Estate Tax Certification | | |
|---|---|---|
| Tax Year: 2021 | Received as of: 08/23/2021 | |
| Control#: 5310 | Ward#: | |
| Cty/Loc Bill#: 233 | School Bill#: 235 | |
| | by control # | |

Tax Collector:
Lackawannock Twp Tax Collector
1742 Mercer West Middlesex Rd
Mercer, PA 16137

District#: 15 Lackawannock

Prepared for:
COMMUNITY LOAN SERVICING, LLC
4425 PONCE DE LEON BLVD., 5TH
CORAL GABLE, FL
33146-

Property Owner Name/Address
COUSINS, REBECCA
C/O WINGARD, REBECCA
605 YANKEE RIDGE RD
MERCER, PA
16137-0000

Property Information/Description
Map#: 15 161 035
Deed: 2010 4019
Property: T475 DBLWIDE HS MBL
DBLWIDE HS MBL

## Current Year 2021

| TaxYear | TaxType | Discount | Face | Penalty | Payment | Date Paid | Status |
|---|---|---|---|---|---|---|---|
| 2021 | County due by: | $163.40 04/30/2021 | $166.73 06/30/2021 | $183.40 12/31/2021 | | 00/00/0000 | Not-Paid |
| 2021 | Local due by: | $23.03 04/30/2021 | $23.50 06/30/2021 | $25.85 12/31/2021 | | 00/00/0000 | Not-Paid |
| 2021 | School due by: | $300.68 09/01/2021 | $306.82 10/01/2021 | $337.50 12/31/2021 | | 00/00/0000 | Not-Paid |
| Totals | | $487.11 | $497.05 | $546.75 | | | |

## Prior Years Regular Bills

| TaxYear | TaxType | Discount | Face | Penalty | Payment | Date Paid | Status |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

Notes:

Land Value: $1,050
Bldg Value: $6,000
Total Value: $7,050

This property has a:
Homestead reduction of 191.02

_Kristy McNish_
Signature of Tax Collector