## Account History: [REDACTED] [ Community Loan Servicing, LLC:628 ]

| Borrower: | WINGARD,REBECCA A | Address: | 605 YANKEE RIDGE RD | Prin Bal: | $32,140.53 | Investor Type: | Other |
|---|---|---|---|---|---|---|---|
| Co-Borrower Name: | WINGARD JR,JAMES | City: | MERCER | Add Prin Bal: | $119.74 (P) | Investor #: | D36 |
| Due Date: | 08/03/2021 | State: | PA | Account Type: | First Mortgage - Conventional Without PMI | Investor Account #: | [REDACTED] |
| Last Pmt Appd On: | 09/02/2021 | Zip Code: | 16137 | Total Pmt Amt: | $450.29 | PLS Client ID: | |

### Request Criteria: Type = All, Date Range = From 10/25/2018 To 09/30/2021

Row Count = 132

| Transaction Description | Applied Dt | Due Date | Payment | Principal Applied | Interest Applied | Escrow Applied | Esc Bal | Adv Bal | Suspense Applied | Corp Adv Applied | L/C Amt Applied | Fee Amt Applied | Fee Cd |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Statutory Exp Corp Adv | 09/23/2021 | | | | | | | $531.07 | | $1.06 | | | |
| Attorney Corp Advance | 09/23/2021 | | | | | | | $531.07 | | $250.00 | | | |
| Funds Application | 09/02/2021 | 07/03/2021 | | | | | | $531.07 | | | | | |
| Funds Application | 09/02/2021 | 07/03/2021 | $506.31 | $198.40 | $251.89 | | | $531.07 | $56.02 | | | | |
| Escrow Advance | 08/31/2021 | 07/03/2021 | $516.07 | | | $516.07 | | $531.07 | | | | | |
| Tax Disbursement | 08/31/2021 | 04/03/2021 | -$190.23 | | | -$190.23 | -$516.07 | $15.00 | | | | | |
| Tax Disbursement | 08/31/2021 | 04/03/2021 | -$19.02 | | | -$19.02 | -$325.84 | $15.00 | | | | | |
| Tax Disbursement | 08/31/2021 | 09/03/2021 | -$306.82 | | | -$306.82 | -$306.82 | $15.00 | | | | | |
| Escrow Advance | 08/19/2021 | 07/03/2021 | $15.00 | | | $15.00 | | $15.00 | | | | | |
| Tax Disbursement | 08/19/2021 | 04/03/2021 | -$15.00 | | | -$15.00 | -$15.00 | | | | | | |
| Funds Application | 07/30/2021 | 06/03/2021 | | | | | | | | | | | |
| Funds Application | 07/30/2021 | 06/03/2021 | $478.19 | $196.87 | $253.42 | | | | $27.90 | | | | |
| Funds Application | 07/01/2021 | 05/03/2021 | | | | | | | | | | | |
| Funds Application | 07/01/2021 | 05/03/2021 | | $195.35 | $254.94 | | | | -$450.29 | | | | |
| Funds Application | 06/30/2021 | 05/03/2021 | $478.18 | | | | | | $478.18 | | | | |
| Funds Application | 06/03/2021 | 04/03/2021 | | | | | | | | | | | |
| Funds Application | 06/03/2021 | 04/03/2021 | | $193.84 | $256.45 | | | | -$450.29 | | | | |
| Funds Application | 06/01/2021 | 04/03/2021 | $478.19 | | | | | | $478.19 | | | | |
| Funds Application | 04/30/2021 | 03/03/2021 | | | | | | | | | | | |
| Funds Application | 04/30/2021 | 03/03/2021 | | $192.34 | $257.95 | | | | -$450.29 | | | | |
| Funds Application | 04/29/2021 | 03/03/2021 | $478.18 | | | | | | $478.18 | | | | |
| Funds Application | 03/31/2021 | 02/03/2021 | | | | | | | | | | | |
| Funds Application | 03/31/2021 | 02/03/2021 | | $190.85 | $259.44 | | | | -$450.29 | | | | |
| Funds Application | 03/30/2021 | 02/03/2021 | $479.21 | | | | | | $479.21 | | | | |
| Funds Application | 02/03/2021 | 01/03/2021 | | | | | | | | | | | |
| Funds Application | 02/03/2021 | 01/03/2021 | | $189.38 | $260.91 | | | | | | | | |
| Funds Application | 02/03/2021 | 12/03/2020 | | | | | | | | | | | |
| Funds Application | 02/03/2021 | 12/03/2020 | $477.16 | $187.91 | $262.38 | | | | -$423.42 | | | | |
| Funds Application | 01/04/2021 | 11/03/2020 | | | | | | | | | | | |
| Funds Application | 01/04/2021 | 11/03/2020 | | $186.46 | $263.83 | | | | -$450.29 | | | | |
| Funds Application | 12/31/2020 | 11/03/2020 | $478.19 | | | | | | $478.19 | | | | |
| Misc Corp Adv Repay | 12/18/2020 | | $25.50 | | | | | | | $25.50 | | | |
| Misc Corp Adv Repay | 12/18/2020 | | $60.00 | | | | | | | $60.00 | | | |
| Funds Application | 12/03/2020 | 10/03/2020 | | | | | | | | | | | |
| Funds Application | 12/03/2020 | 10/03/2020 | | $185.02 | $265.27 | | | | -$450.29 | | | | |
| Funds Application | 12/02/2020 | 10/03/2020 | $478.18 | | | | | | $478.18 | | | | |
| Statutory Exp Corp Adv | 11/11/2020 | | | | | | | | | $25.50 | | | |
| Attorney Corp Advance | 11/11/2020 | | | | | | | | | $60.00 | | | |
| Funds Application | 11/04/2020 | 09/03/2020 | | | | | | | | | | | |
| Funds Application | 11/04/2020 | 09/03/2020 | | $183.59 | $266.70 | | | | -$450.29 | | | | |
| Funds Application | 11/03/2020 | 09/03/2020 | $471.02 | | | | | | $471.02 | | | | |
| Funds Application | 10/05/2020 | 08/03/2020 | | | | | | | | | | | |
| Funds Application | 10/05/2020 | 08/03/2020 | | $182.17 | $268.12 | | | | -$450.29 | | | | |
| Funds Application | 10/02/2020 | 08/03/2020 | $471.02 | | | | | | $471.02 | | | | |
| Funds Application | 09/01/2020 | 07/03/2020 | | | | | | | | | | | |
| Funds Application | 09/01/2020 | 07/03/2020 | | $180.76 | $269.53 | | | | -$450.29 | | | | |
| Funds Application | 08/31/2020 | 07/03/2020 | $471.01 | | | | | | $471.01 | | | | |
| Funds Application | 08/04/2020 | 06/03/2020 | | | | | | | | | | | |
| Funds Application | 08/04/2020 | 06/03/2020 | | $179.37 | $270.92 | | | | -$450.29 | | | | |
| Funds Application | 08/03/2020 | 06/03/2020 | $471.02 | | | | | | $471.02 | | | | |
| Funds Application | 06/30/2020 | 05/03/2020 | | | | | | | | | | | |
| Funds Application | 06/30/2020 | 05/03/2020 | | $177.98 | $272.31 | | | | -$450.29 | | | | |
| Funds Application | 06/29/2020 | 05/03/2020 | $471.02 | | | | | | $471.02 | | | | |
| Funds Application | 06/01/2020 | 04/03/2020 | | | | | | | | | | | |
| Funds Application | 06/01/2020 | 04/03/2020 | | $176.60 | $273.69 | | | | -$450.29 | | | | |
| Funds Application | 05/30/2020 | 04/03/2020 | $490.45 | | | | | | $490.45 | | | | |
| Funds Application | 05/06/2020 | 03/03/2020 | | | | | | | | | | | |

| Type | Date 1 | Date 2 | Col A | Col B | Col C | Col D | Col E | Col F | Col G |
|---|---|---|---|---|---|---|---|---|---|
| Funds Application | 05/06/2020 | 03/03/2020 | | $175.24 | $275.05 | | -$450.29 | | |
| Funds Application | 05/04/2020 | 03/03/2020 | $490.46 | | | | $490.46 | | |
| Funds Application | 04/08/2020 | 02/03/2020 | | | | | | | |
| Funds Application | 04/08/2020 | 02/03/2020 | | $173.89 | $276.40 | | -$450.29 | | |
| Funds Application | 04/06/2020 | 02/03/2020 | $490.46 | | | | $490.46 | | |
| Funds Application | 03/02/2020 | 01/03/2020 | | | | | | | |
| Funds Application | 03/02/2020 | 01/03/2020 | | $172.54 | $277.75 | | -$450.29 | | |
| Funds Application | 02/28/2020 | 01/03/2020 | $490.46 | | | | $490.46 | | |
| Funds Application | 02/13/2020 | 12/03/2019 | | | | | | | |
| Funds Application | 02/13/2020 | 12/03/2019 | $489.43 | $171.21 | $279.08 | | $39.14 | | |
| Funds Application | 01/13/2020 | 11/03/2019 | | | | | | | |
| Funds Application | 01/13/2020 | 11/03/2019 | | $169.88 | $280.41 | | -$450.29 | | |
| Funds Application | 01/09/2020 | 11/03/2019 | $489.43 | | | | $489.43 | | |
| Funds Application | 12/16/2019 | 10/03/2019 | | | | | | | |
| Funds Application | 12/16/2019 | 10/03/2019 | | $168.57 | $281.72 | | | | |
| Funds Application | 12/16/2019 | 09/03/2019 | | | | | | | |
| Funds Application | 12/16/2019 | 09/03/2019 | | $167.27 | $283.02 | | -$900.58 | | |
| Funds Application | 12/12/2019 | 09/03/2019 | $489.43 | | | | $489.43 | | |
| Misc Corp Adv Repay | 11/26/2019 | | $11.00 | | | | $11.00 | | |
| Misc Corp Adv Repay | 11/26/2019 | | $11.00 | | | | $11.00 | | |
| Funds Application | 11/14/2019 | 08/03/2019 | | | | | | | |
| Funds Application | 11/14/2019 | 08/03/2019 | | $165.98 | $284.31 | | -$450.29 | | |
| Funds Application | 11/12/2019 | 08/03/2019 | $496.08 | | | | $496.08 | | |
| Misc Corp Adv Repay | 10/25/2019 | | $11.00 | | | | $11.00 | | |
| Property Pres Corp Adv | 10/25/2019 | | | | | | $11.00 | | |
| Funds Application | 10/04/2019 | 07/03/2019 | | | | | | | |
| Funds Application | 10/04/2019 | 07/03/2019 | | $164.69 | $285.60 | | -$450.29 | | |
| Funds Application | 10/02/2019 | 07/03/2019 | $496.08 | | | | $496.08 | | |
| Property Pres Corp Adv | 10/01/2019 | | | | | | $11.00 | | |
| Property Pres Corp Adv | 09/12/2019 | | | | | | $11.00 | | |
| Funds Application | 09/06/2019 | 06/03/2019 | | | | | | | |
| Funds Application | 09/06/2019 | 06/03/2019 | | $163.42 | $286.87 | | -$450.29 | | |
| Funds Application | 09/03/2019 | 06/03/2019 | $496.08 | | | | $496.08 | | |
| Misc Corp Adv Repay | 08/26/2019 | | $11.00 | | | | $11.00 | | |
| Misc Corp Adv Repay | 08/26/2019 | | $11.00 | | | | $11.00 | | |
| Funds Application | 08/05/2019 | 05/03/2019 | | | | | | | |
| Funds Application | 08/05/2019 | 05/03/2019 | | $162.16 | $288.13 | | -$450.29 | | |
| Funds Application | 08/02/2019 | 05/03/2019 | $491.99 | | | | $491.99 | | |
| Property Pres Corp Adv | 07/29/2019 | | | | | | $11.00 | | |
| Misc Corp Adv Repay | 07/26/2019 | | $11.00 | | | | $11.00 | | |
| Funds Application | 07/08/2019 | 04/03/2019 | | | | | | | |
| Funds Application | 07/08/2019 | 04/03/2019 | | $160.90 | $289.39 | | -$450.29 | | |
| Property Pres Corp Adv | 07/02/2019 | | | | | | $11.00 | | |
| Funds Application | 07/01/2019 | 04/03/2019 | $491.99 | | | | $491.99 | | |
| Funds Application | 06/03/2019 | 03/03/2019 | | | | | | | |
| Funds Application | 06/03/2019 | 03/03/2019 | | $159.66 | $290.63 | | -$450.29 | | |
| Property Pres Corp Adv | 06/03/2019 | | | | | | $11.00 | | |
| Misc Corp Adv Repay | 05/30/2019 | | $11.00 | | | | $11.00 | | |
| Misc Corp Adv Repay | 05/30/2019 | | $11.00 | | | | $11.00 | | |
| Funds Application | 05/29/2019 | 03/03/2019 | $486.88 | | | | $486.88 | | |
| Funds Application | 05/05/2019 | 02/03/2019 | | | | | | | |
| Funds Application | 05/05/2019 | 02/03/2019 | | $158.43 | $291.86 | | | | |
| Funds Application | 05/05/2019 | 01/03/2019 | | | | | | | |
| Funds Application | 05/05/2019 | 01/03/2019 | | $157.20 | $293.09 | | | | |
| Funds Application | 05/05/2019 | 12/03/2018 | | | | | | | |
| Funds Application | 05/05/2019 | 12/03/2018 | | $155.99 | $294.30 | | | | |
| Funds Application | 05/05/2019 | 11/03/2018 | | | | | | | |
| Funds Application | 05/05/2019 | 11/03/2018 | | $154.78 | $295.51 | | | | |
| Funds Application | 05/05/2019 | 10/03/2018 | | | | | | | |
| Funds Application | 05/05/2019 | 10/03/2018 | | $153.59 | $296.70 | | -$2,251.45 | | |
| Funds Application | 05/02/2019 | 10/03/2018 | $2,430.28 | | | | $2,430.28 | | |
| Property Pres Corp Adv | 04/29/2019 | | | | | | $11.00 | | |
| Misc Corp Adv Repay | 04/26/2019 | | $11.00 | | | | $11.00 | | |
| Property Pres Corp Adv | 04/02/2019 | | | | | | $11.00 | | |
| Misc Corp Adv Repay | 03/27/2019 | | $11.00 | | | | $11.00 | | |
| Misc Corp Adv Repay | 03/27/2019 | | $400.00 | | | | $400.00 | | |
| Property Pres Corp Adv | 03/06/2019 | | | | | | $11.00 | | |
| Misc Corp Adv Repay | 02/28/2019 | | $11.00 | | | | $11.00 | | |
| Misc Corp Adv Repay | 02/28/2019 | | $650.00 | | | | $650.00 | | |
| Misc Default Exp Corp Adv | 02/18/2019 | | | | | | $400.00 | | |
| Property Pres Corp Adv | 02/08/2019 | | | | | | $11.00 | | |
| Attorney Corp Advance | 01/22/2019 | | | | | | $650.00 | | |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Misc Corp Adv Repay | 01/17/2019 | $250.00 | | | | | | $250.00 | | |
| Property Pres Corp Adv | 01/03/2019 | | | | | | | $11.00 | | |
| Attorney Corp Advance | 12/10/2018 | | | | | | | $250.00 | | |