**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>Rebecca A. Wingard<br>　　　　　　　　　Debtor<br><br>Community Loan Servicing, LLC<br>　　　　　　　　　Movant | NO. 18-11100-TPA<br><br>CHAPTER 13<br><br>Claim No. 8<br><br>Related to Document No. 55 |

**CERTIFICATE OF SERVICE**

　　　　I, the undersigned, certify that I served or caused to be served, on October 1, 2021, a copy of the within Supplement to Notice of Postpetition Mortgage Fees, Expenses, and Charges filed in Response to the Order Entered September 21, 2021, with attached Declaration, Business Records, and Loan History, filed herein upon each of the following persons and parties in interest at the addresses shown below:

Ronda J. Winnecour
Suite 3250, USX Tower (VIA ECF)
600 Grant Street
Pittsburgh, PA 15219

Daniel Foster, Esq. (VIA ECF)
Foster Law Offices
1210 Park Avenue
Meadville, PA 16335

Method of Service:　　　Mail <u>first class</u>; Specify if other:

　Date: 10/1/2021

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Maria D. Miksich, Esquire*
　　　　　　　　　　　　　　　　　　　　　　　Maria D. Miksich, Esquire
　　　　　　　　　　　　　　　　　　　　　　　PA ID No. 319383
　　　　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　　　　　　412-430-3589
　　　　　　　　　　　　　　　　　　　　　　　mmiksich@kmllawgroup.com
　　　　　　　　　　　　　　　　　　　　　　　Counsel for Movant