# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

    REBECCA A WINGARD

                Debtor(s) | Case No. 18-11100TPA

Chapter 13

Ronda J. Winnecour

Document No.____

          Movant

    vs.

COMMUNITY LOAN SERVICING LLC

         Respondent(s)

### INTERIM NOTICE OF CURE OF ARREARS

       Chapter 13 Trustee Ronda J. Winnecour  gives notice to the holder(s) of claims secured by a security interest in the debtor's principal residence, i.e. the Respondent(s) named above, that the amount required to cure the **prepetition** default has been paid in full.  This notice does not replace the notice required by Bankruptcy Rule 3001 (f), which will be filed and served by the Trustee after the debtors have completed all payments required under the plan .

       The holders of a claim secured by a security interest in the debtor's principal residence are requested to notify the debtor, debtor's counsel and the Trustee if the creditor does not agree that the debtor has paid in full the amount required to cure the **prepetition** default on the claim. The statement should itemize the required cure, excluding postpetition amounts due, if any, that the holder contends remain unpaid as of the date of the statement .

Trustee Record Number - 15
Court Claim Number - 8

         /s/   Ronda J. Winnecour

   3/11/2022          RONDA J WINNECOUR PA ID #30399
         CHAPTER 13 TRUSTEE WD PA
         600 GRANT STREET
         SUITE 3250 US STEEL TWR
         PITTSBURGH, PA  15219
         (412) 471-5566
         cmecf@chapter13trusteewdpa.com

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

    REBECCA A WINGARD

|  |  |
|---|---|
| Debtor(s) | Case No.:18-11100TPA |
|  | Chapter 13 |
| Ronda J. Winnecour | Document No._____ |
| Movant | |
| vs. | |
| COMMUNITY LOAN SERVICING LLC | |
| Respondent(s) | |

**CERTIFICATE OF SERVICE**

    I hereby certify that on the date shown below, I served a true and correct copy of Interim Notice of Cure of Arrears upon the following, by regular United States mail, postage prepaid, addressed as follows:

REBECCA A WINGARD, 605 YANKEE RIDGE ROAD, MERCER, PA  16137

 DANIEL P FOSTER ESQ**, FOSTER LAW OFFICES, 1210 PARK AVE, MEADVILLE, PA  16335

COMMUNITY LOAN SERVICING LLC, ATTN CASHIERING DEPT, 4425 PONCE DE LEON BLVD 5TH FL, CORAL GABLES, FL  33146

 KML LAW GROUP PC*, 701 MARKET ST STE 5000, PHILADELPHIA, PA  19106

03/11/2022

/s/ Roberta Saunier
Administrative Assistant
Office of the Chapter 13 Trustee
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com