Certificate Number: 03088-PAW-DE-036408941

Bankruptcy Case Number: 18-11100



03088-PAW-DE-036408941

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>March 18, 2022</u>, at <u>12:25</u> o'clock <u>PM CDT</u>, <u>Rebecca A Wingard</u> completed a course on personal financial management given <u>by telephone</u> by <u>Debt Education and Certification Foundation</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Western District of Pennsylvania</u>.

Date:  <u>March 18, 2022</u>          By:   <u>/s/Susan D Gann</u>

Name:  <u>Susan D Gann</u>

Title:  <u>Counselor</u>