Form 300b

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Rebecca A. Wingard** | : | Case No. 18−11100−TPA |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | |
| v. | : | Related to Document No. 67 |
| **No Respondents** | : | |
| *Respondent(s).* | : | Hearing Date: 6/29/22 at 12:00 PM |

**ORDER SCHEDULING DATE FOR RESPONSE**
**AND HEARING ON MOTION**

  *AND NOW,* this *The 27th of April, 2022*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* having been filed at Doc. No. 67 , by the Chapter 13 Trustee

  It is hereby **ORDERED, ADJUDGED and DECREED** that:

  (1) **On or before June 13, 2022**, any **Response**, including a consent to the *Motion*, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 **OR** U.S. Courthouse, Room B160, 17 South Park Row, Erie, PA 16501) and served on the counsel for the Moving Party.

  (2) This *Motion* is scheduled for hearing on ***June 29, 2022 at 12:00 PM*** in https://www.zoomgov.com/j/16021303488, at which time the parties and/or their counsel shall appear and the Court will dispose of the *Motion*. See Judge Agresti's Amended Procedures effective 6/10/20 on the Court's Website.

  (3) If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. *To determine if a default order has been entered the Moving Party is directed to the Court's web site at www.pawb.uscourts.gov one day prior to the hearing. To view the calendar for Judge Thomas P. Agresti refer to the calendar section.* In the event a default order has been signed, the Moving Party shall ***IMMEDIATELY*** advise all affected parties. If a default order has not been entered, the parties will be *required* to appear at the hearing.

                              Thomas P. Agresti, Judge
                              United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                      Case No. 18-11100-TPA

Rebecca A. Wingard                                         Chapter 13

       Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1                                       User: auto                                       Page 1 of 3

Date Rcvd: Apr 27, 2022                           Form ID: 300b                           Total Noticed: 28

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 29, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Rebecca A. Wingard, 605 Yankee Ridge Road, Mercer, PA 16137-6521 |
| sp | + | Gregory Rosatelli, Luxenburg, Garbett, Kelly & George, P.C., 315 North Mercer Street, New Castle, PA 16101-3647 |
| 14950772 | + | Bayview Loan Servicing, LLC, a Delaware Limited Li, c/o McCabe, Weisberg & Conway, LLC, Suite 1400, 123 South Broad Street, Philadelphia, PA 19109-1060 |
| 14937396 | + | Citifinancial, Po Box 6757, Sioux Falls, SD 57117-6757 |
| 14937402 | + | Northwest Bank, c/o Colleen Lamberto, PO Box 337, Warren, PA 16365-0337 |
| 14937405 | + | Syncb / Cutedg, Po Box 965036, Orlando, FL 32896-5036 |
| 14963479 | | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14937392 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Apr 28 2022 00:06:00 | Bayview Financial Loan, 4425 Ponce De Leon Boulevard, Coral Gables, FL 33146-1873 |
| 14970805 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Apr 28 2022 00:06:00 | Bayview Loan Servicing, LLC, 4425 Ponce de Leon Blvd, 5th Floor, Attn: Cashiering Department, Coral Gables, FL 33146-1873 |
| 14937393 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 28 2022 00:12:40 | Capital One, 15000 Capital One Drive, Richmond, VA 23238 |
| 14958778 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 28 2022 00:12:27 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14937395 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 28 2022 00:12:33 | Citi, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 14937397 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 28 2022 00:06:00 | Comenity Capital Bank / Dental First, Po Box 182120, Columbus, OH 43218-2120 |
| 15302505 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Apr 28 2022 00:06:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1873 |
| 14937398 | | Email/Text: G06041@att.com | Apr 28 2022 00:07:00 | DirecTV LLC, 2230 East Imperial Highway, El Segundo, CA 90245 |
| 14937399 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 28 2022 00:12:45 | Dsnb Macys, Po Box 8218, Mason, OH 45040 |
| 14973300 | | Email/Text: bnc-quantum@quantum3group.com | Apr 28 2022 00:06:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14969428 | | Email/Text: G06041@att.com | Apr 28 2022 00:07:00 | Directv, LLC, by American InfoSource as agent, PO Box 5008, Carol Stream, IL 60197-5008 |
| 14937400 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Apr 28 2022 00:06:00 | First National Bank Of Pa, 1 Fnb Boulevard, Hermitage, PA 16148-3363 |
| 14937394 | | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 28 2022 00:12:39 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 14969711 | | Email/PDF: resurgentbknotifications@resurgent.com | | |

| District/off: 0315-1 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 27, 2022 | Form ID: 300b | Total Noticed: 28 |

|  |  |  | Apr 28 2022 00:12:33 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14937401 | + | Email/Text: bankruptcy@marinerfinance.com | Apr 28 2022 00:06:00 | Mariner Finance, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 14947894 |  | Email/PDF: cbp@onemainfinancial.com | Apr 28 2022 00:12:24 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 14937403 | + | Email/PDF: cbp@onemainfinancial.com | Apr 28 2022 00:12:13 | Onemain Financial, Po Box 1010, Evansville, IN 47706-1010 |
| 14938244 | + | Email/PDF: rmscedi@recoverycorp.com | Apr 28 2022 00:12:43 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14937404 | + | Email/Text: Supportservices@receivablesperformance.com | Apr 28 2022 00:07:00 | Receivables Performance, 20816 44th Avenue West, Lynnwood, WA 98036-7744 |
| 14937406 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 28 2022 00:12:40 | Syncb / JCPenney, Po Box 965007, Orlando, FL 32896-5007 |
| 14968370 |  | Email/PDF: ebn_ais@aisinfo.com | Apr 28 2022 00:12:31 | Verizon, by American InfoSource as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr |  | Bayview Loan Servicing, LLC, a Delaware Limited Li |
| cr |  | Community Loan Servicing, LLC |
| cr |  | Pingora Loan Servicing, LLC |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 3 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 29, 2022           Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 27, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Community Loan Servicing  LLC bnicholas@kmllawgroup.com |
| Daniel P. Foster | on behalf of Debtor Rebecca A. Wingard dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Marisa Myers Cohen | on behalf of Creditor Pingora Loan Servicing  LLC ecfmail@ecf.courtdrive.com, mcohen@mwc-law.com |

District/off: 0315-1 | User: auto | Page 3 of 3
Date Rcvd: Apr 27, 2022 | Form ID: 300b | Total Noticed: 28

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Raymond M Kempinski
    on behalf of Creditor Bayview Loan Servicing LLC, a Delaware Limited Liability Company ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 6