**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>REBECCA A WINGARD<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>    Movant<br>    vs.<br>No Respondents. | Case No.:18-11100 TPA<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

  1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

  2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

  3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

   4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

  1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
  2. Approve the Trustee's Report of Receipts and Disbursements,
  3. Terminate wage attachments,
  4. Revest property of the estate in the debtor(s), and
  5. Enter a final decree and close this case.

April 26, 2022

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 10/25/2018 and confirmed on 1/31/19 . The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 25,000.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 25,000.00 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 3,700.00 | |
|    Trustee Fee | 1,166.19 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 4,866.19 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   COMMUNITY LOAN SERVICING LLC | 0.00 | 18,461.89 | 0.00 | 18,461.89 |
|     Acct: 1889 | | | | |
|   COMMUNITY LOAN SERVICING LLC | 450.29 | 450.29 | 0.00 | 450.29 |
|     Acct: 1889 | | | | |
| | | | | 18,912.18 |
| **Priority** | | | | |
|   DANIEL P FOSTER ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   REBECCA A WINGARD | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   FOSTER LAW OFFICES** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DANIEL P FOSTER ESQ** | 3,700.00 | 3,700.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   COMMUNITY LOAN SERVICING LLC | 531.07 | 531.07 | 0.00 | 531.07 |
|     Acct: 1889 | | | | |
| | | | | 531.07 |
| **Unsecured** | | | | |
|   LVNV FUNDING LLC | 824.30 | 40.02 | 0.00 | 40.02 |
|     Acct: 4490 | | | | |
|   CAPITAL ONE BANK (USA) NA BY AMERIC. | 327.47 | 15.90 | 0.00 | 15.90 |
|     Acct: 6496 | | | | |
|   CHASE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2357 | | | | |
|   LVNV FUNDING LLC | 474.15 | 23.02 | 0.00 | 23.02 |
|     Acct: 0411 | | | | |
|   ONE MAIN FINANCIAL GROUP LLC A/S/F ( | 11,413.73 | 554.15 | 0.00 | 554.15 |
|     Acct: 8873 | | | | |
|   DIRECTV LLC BY AMERICAN INFOSOURC | 504.93 | 24.52 | 0.00 | 24.52 |
|     Acct: 0398 | | | | |
|   SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0270 | | | | |
|   UPMC HEALTH SERVICES | 478.35 | 23.23 | 0.00 | 23.23 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
|    Acct: 2306 | | | | |
|   VERIZON BY AMERICAN INFOSOURCE LP | 200.23 | 9.72 | 0.00 | 9.72 |
|    Acct: 0001 | | | | |
|   DEPARTMENT STORES NATIONAL BANK | 882.99 | 0.00 | 0.00 | 0.00 |
|    Acct: 6740 | | | | |
|   SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: 0270 | | | | |
|   CREDITOR INFORMATION MISSING OR V/ | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: | | | | |
|   MCCABE WEISBERG & CONWAY LLC (FRI | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: | | | | |
|   KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: | | | | |
|   DIRECTV (*) - TRUSTEE PAYMENTS | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: | | | | |
| | | | | 690.56 |

| | |
|---|---:|
| TOTAL PAID TO CREDITORS | 20,133.81 |

TOTAL CLAIMED
PRIORITY           531.07
SECURED            450.29
UNSECURED       15,106.15

Date: 04/26/2022

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    REBECCA A WINGARD

        Debtor(s)

  Ronda J. Winnecour
        Movant
        vs.
  No Repondents.

Case No.:18-11100 TPA

Chapter 13

Document No.:

ORDER OF COURT

  AND NOW, this _____day of _____, 20\_\_\_\_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Rebecca A. Wingard  
    Debtor

Case No. 18-11100-TPA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1     User: auto     Page 1 of 3  
Date Rcvd: Apr 27, 2022     Form ID: pdf900     Total Noticed: 28

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 29, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Rebecca A. Wingard, 605 Yankee Ridge Road, Mercer, PA 16137-6521 |
| sp | + | Gregory Rosatelli, Luxenburg, Garbett, Kelly & George, P.C., 315 North Mercer Street, New Castle, PA 16101-3647 |
| 14950772 | + | Bayview Loan Servicing, LLC, a Delaware Limited Li, c/o McCabe, Weisberg & Conway, LLC, Suite 1400, 123 South Broad Street, Philadelphia, PA 19109-1060 |
| 14937396 | + | Citifinancial, Po Box 6757, Sioux Falls, SD 57117-6757 |
| 14937402 | + | Northwest Bank, c/o Colleen Lamberto, PO Box 337, Warren, PA 16365-0337 |
| 14937405 | + | Syncb / Cutedg, Po Box 965036, Orlando, FL 32896-5036 |
| 14963479 | | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14937392 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Apr 28 2022 00:06:00 | Bayview Financial Loan, 4425 Ponce De Leon Boulevard, Coral Gables, FL 33146-1873 |
| 14970805 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Apr 28 2022 00:06:00 | Bayview Loan Servicing, LLC, 4425 Ponce de Leon Blvd, 5th Floor, Attn: Cashiering Department, Coral Gables, FL 33146-1873 |
| 14937393 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 28 2022 00:12:39 | Capital One, 15000 Capital One Drive, Richmond, VA 23238 |
| 14958778 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 28 2022 00:12:15 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14937395 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 28 2022 00:12:34 | Citi, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 14937397 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 28 2022 00:06:00 | Comenity Capital Bank / Dental First, Po Box 182120, Columbus, OH 43218-2120 |
| 15302505 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Apr 28 2022 00:06:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1873 |
| 14937398 | | Email/Text: G06041@att.com | Apr 28 2022 00:07:00 | DirecTV LLC, 2230 East Imperial Highway, El Segundo, CA 90245 |
| 14937399 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 28 2022 00:12:45 | Dsnb Macys, Po Box 8218, Mason, OH 45040 |
| 14973300 | | Email/Text: bnc-quantum@quantum3group.com | Apr 28 2022 00:06:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14969428 | | Email/Text: G06041@att.com | Apr 28 2022 00:07:00 | Directv, LLC, by American InfoSource as agent, PO Box 5008, Carol Stream, IL 60197-5008 |
| 14937400 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Apr 28 2022 00:06:00 | First National Bank Of Pa, 1 Fnb Boulevard, Hermitage, PA 16148-3363 |
| 14937394 | | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 28 2022 00:12:38 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 14969711 | | Email/PDF: resurgentbknotifications@resurgent.com | | |

Case 18-11100-TPA    Doc 70    Filed 04/29/22    Entered 04/30/22 00:28:03    Desc Imaged
Certificate of Notice    Page 6 of 7

| District/off: 0315-1 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 27, 2022 | Form ID: pdf900 | Total Noticed: 28 |

|  |  |  | Apr 28 2022 00:12:21 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
|---|---|---|---|---|
| 14937401 | + | Email/Text: bankruptcy@marinerfinance.com | Apr 28 2022 00:06:00 | Mariner Finance, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 14947894 |  | Email/PDF: cbp@onemainfinancial.com | Apr 28 2022 00:12:24 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 14937403 | + | Email/PDF: cbp@onemainfinancial.com | Apr 28 2022 00:12:37 | Onemain Financial, Po Box 1010, Evansville, IN 47706-1010 |
| 14938244 | + | Email/PDF: rmscedi@recoverycorp.com | Apr 28 2022 00:12:43 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14937404 | + | Email/Text: Supportservices@receivablesperformance.com | Apr 28 2022 00:07:00 | Receivables Performance, 20816 44th Avenue West, Lynnwood, WA 98036-7744 |
| 14937406 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 28 2022 00:12:44 | Syncb / JCPenney, Po Box 965007, Orlando, FL 32896-5007 |
| 14968370 |  | Email/PDF: ebn_ais@aisinfo.com | Apr 28 2022 00:12:18 | Verizon, by American InfoSource as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr |  | Bayview Loan Servicing, LLC, a Delaware Limited Li |
| cr |  | Community Loan Servicing, LLC |
| cr |  | Pingora Loan Servicing, LLC |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 3 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 29, 2022        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 26, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Community Loan Servicing  LLC bnicholas@kmllawgroup.com |
| Daniel P. Foster | on behalf of Debtor Rebecca A. Wingard dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Marisa Myers Cohen | on behalf of Creditor Pingora Loan Servicing  LLC ecfmail@ecf.courtdrive.com, mcohen@mwc-law.com |

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 3 of 3 |
| Date Rcvd: Apr 27, 2022 | Form ID: pdf900 | Total Noticed: 28 |

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Raymond M Kempinski
    on behalf of Creditor Bayview Loan Servicing  LLC, a Delaware Limited Liability Company ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 6