IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

FILED
6/23/22 3:05 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
REBECCA A WINGARD

    Debtor(s)

Ronda J. Winnecour
    Movant
  vs.
No Repondents.

Case No.:18-11100 TPA

Chapter 13

Document No.: 67

## ORDER OF COURT

AND NOW, this ___23rd___ day of ___June___, 20_22_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

U.S. BANKRUPTCY JUDGE   nms

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                                                Case No. 18-11100-TPA

Rebecca A. Wingard                                                                                                Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1                                           User: auto                                          Page 1 of 3

Date Rcvd: Jun 23, 2022                               Form ID: pdf900                            Total Noticed: 28

The following symbols are used throughout this certificate:

**Symbol     Definition**

\+                    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^                    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 25, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Rebecca A. Wingard, 605 Yankee Ridge Road, Mercer, PA 16137-6521 |
| sp | + | Gregory Rosatelli, Luxenburg, Garbett, Kelly & George, P.C., 315 North Mercer Street, New Castle, PA 16101-3647 |
| 14950772 | + | Bayview Loan Servicing, LLC, a Delaware Limited Li, c/o McCabe, Weisberg & Conway, LLC, Suite 1400, 123 South Broad Street, Philadelphia, PA 19109-1060 |
| 14937396 | + | Citifinancial, Po Box 6757, Sioux Falls, SD 57117-6757 |
| 14937402 | + | Northwest Bank, c/o Colleen Lamberto, PO Box 337, Warren, PA 16365-0337 |
| 14937405 | + | Syncb / Cutedg, Po Box 965036, Orlando, FL 32896-5036 |
| 14963479 | | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14937392 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Jun 23 2022 23:36:00 | Bayview Financial Loan, 4425 Ponce De Leon Boulevard, Coral Gables, FL 33146-1873 |
| 14970805 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Jun 23 2022 23:36:00 | Bayview Loan Servicing, LLC, 4425 Ponce de Leon Blvd, 5th Floor, Attn: Cashiering Department, Coral Gables, FL 33146-1839 |
| 14937393 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 23 2022 23:45:53 | Capital One, 15000 Capital One Drive, Richmond, VA 23238 |
| 14958778 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 23 2022 23:45:53 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14937395 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 23 2022 23:46:05 | Citi, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 14937397 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 23 2022 23:36:00 | Comenity Capital Bank / Dental First, Po Box 182120, Columbus, OH 43218-2120 |
| 15302505 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jun 23 2022 23:36:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1839 |
| 14937398 | | Email/Text: G06041@att.com | Jun 23 2022 23:36:00 | DirecTV LLC, 2230 East Imperial Highway, El Segundo, CA 90245 |
| 14937399 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 23 2022 23:46:00 | Dsnb Macys, Po Box 8218, Mason, OH 45040 |
| 14973300 | | Email/Text: bnc-quantum@quantum3group.com | Jun 23 2022 23:36:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14969428 | | Email/Text: G06041@att.com | Jun 23 2022 23:36:00 | Directv, LLC, by American InfoSource as agent, PO Box 5008, Carol Stream, IL 60197-5008 |
| 14937400 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Jun 23 2022 23:36:00 | First National Bank Of Pa, 1 Fnb Boulevard, Hermitage, PA 16148-3363 |
| 14937394 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 23 2022 23:45:57 | Chase Card, Po Box 15298, Wilmington, DE |

| Recip ID | | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14969711 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 23 2022 23:45:54 | 19850 LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14937401 | + | Email/Text: bankruptcy@marinerfinance.com | Jun 23 2022 23:36:00 | Mariner Finance, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 14947894 | | Email/PDF: cbp@onemainfinancial.com | Jun 23 2022 23:45:57 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 14937403 | + | Email/PDF: cbp@onemainfinancial.com | Jun 23 2022 23:46:02 | Onemain Financial, Po Box 1010, Evansville, IN 47706-1010 |
| 14938244 | + | Email/PDF: rmscedi@recoverycorp.com | Jun 23 2022 23:45:58 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14937404 | + | Email/Text: Supportservices@receivablesperformance.com | Jun 23 2022 23:37:00 | Receivables Performance, 20816 44th Avenue West, Lynnwood, WA 98036-7744 |
| 14937406 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 23 2022 23:45:57 | Syncb / JCPenney, Po Box 965007, Orlando, FL 32896-5007 |
| 14963479 | ^ | MEBN | Jun 23 2022 23:35:07 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14968370 | | Email/PDF: ebn_ais@aisinfo.com | Jun 23 2022 23:45:54 | Verizon, by American InfoSource as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Bayview Loan Servicing, LLC, a Delaware Limited Li |
| cr | | Community Loan Servicing, LLC |
| cr | | Pingora Loan Servicing, LLC |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 3 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 25, 2022    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 23, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Community Loan Servicing LLC bnicholas@kmllawgroup.com |
| Daniel P. Foster | on behalf of Debtor Rebecca A. Wingard dan@mrdebtbuster.com |

District/off: 0315-1 | User: auto | Page 3 of 3
Date Rcvd: Jun 23, 2022 | Form ID: pdf900 | Total Noticed: 28

katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com

Marisa Myers Cohen
on behalf of Creditor Pingora Loan Servicing LLC ecfmail@ecf.courtdrive.com, mcohen@mwc-law.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Raymond M Kempinski
on behalf of Creditor Bayview Loan Servicing LLC, a Delaware Limited Liability Company ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

TOTAL: 6